**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00665-CV

## TEXAS HEALTH PRESBYTERIAN HOSPITAL DALLAS, Appellant

### V.

## DENA BURCH, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-06083-D**

## ORDER

We **GRANT** appellee's motion to extend time to file brief and **ORDER** the brief be filed no later than August 27, 2014. Appellee is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE